IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROLAND JAMES,

     Plaintiff,                    No. CIV S-05-2151 MCE DAD P

    vs.

RODERICK HICKMAN, et al.,

     Defendants.          ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has moved for voluntary dismissal of this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's November 14, 2005 motion for voluntary dismissal is granted; and

        2. This action is dismissed.

DATED: November 17, 2005.

                                          /s/ Dale A. Drozd
                                          DALE A. DROZD
                                          UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
jame2151.59